IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSE TOLEDO-BAYOUTH, <br> # 66006-004, <br><br> Plaintiff, <br><br> v. <br><br> WALTER WOODS, Warden, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:18-CV-281-WKW <br> ) [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On June 12, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record and upon consideration of the Recommendation, and in light of Plaintiff's failure to comply with court orders, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees ordered by this court.

A final judgment will be entered separately.

DONE this 13th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE